UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

NATE MCMURRAY, a Candidate for Congress and as
an Enrolled Democratic Party Voter In Erie County,
PAULINE GRABEKI, as an Enrolled Republican Party          Case No. 20 CV.
Voter in Erie County, and RONALD COONS, as an
Enrolled Democratic Party Voter in Erie County,
individually and on behalf of a Class of Erie County      **NOTICE OF MOTION**
Voters Similarly Situated,                                **FOR EXPEDITED**
                                                          **HEARING, TEMPORARY**
                                                          **RESTRAINING ORDER,**
                         **Plaintiffs,**                  **AND PRELIMINARY**
                                                          **INJUNCTION**
            **- against –**

RALPH M. MOHR and JEREMY J. ZELLNER,
individually and as COMMISSIONERS of the ERIE
COUNTY BOARD OF ELECTIONS, and the ERIE
COUNTY BOARD OF ELECTIONS,

                         **Defendants**

------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE THAT** Upon the Verified Complaint, sworn to on June 8,

2020, and the Declaration of Arthur Schwartz, Esq. made June 8, 2020, and good cause being

shown therein,

Plaintiffs Shall Move this Court, an a date and time to be set by the Court:

1. FOR EXPEDITED HEARINGS on Plaintiffs' applications for a Temporary Restraining

Order and a Preliminary Injunction

2. FOR A TEMPORARY RESTRAINING ORDER *pending the hearing of*

*Plaintiffs'Motion* for a Preliminary Injunction, directing Defendants to immediately post Notice of

all Early Voting Locations and dates of Early Voting in Erie County for the 2020 27th

Congressional District Special Election, the 2020 NY Democratic Presidential Primary, and all

other Democratic and Republican Party Primaries being held in Erie County in 2020, on the

opening page of its web site, and to immediately place an advertisement in all general circulation newspapers in Erie County indicating all Early Voting locations and dates of Early Voting for the 2020 27th District Congressional Special Election and the 2020 NY Democratic Presidential Primary, and all other Democratic and Republican Party Primaries being held in Erie County in 2020;

3. FOR A PRELIMINARY INJUNCTION prohibiting Defendants from failing to immediately mail notice of all Early Voting locations, and dates of Early Voting in Erie County, for the for the 2020 27th Congressional District Special Election, the 2020 NY Democratic Presidential Primary, and all other Democratic and Republican Party Primaries being held in Erie County in 2020, to all  registered voters; and granting Plaintiffs such other and further relief which is just and equitable.

Dated: June 8, 2020

ADVOCATES FOR JUSTICE,

By:/s/ *Arthur Z. Schwartz*
Arthur Z. Schwartz
225 Broadway, Suite 1902
New York, New York 10007
T: (917)-923-8136
F: (212)-285-1410
aschwartz@afjlaw.com

WEBSTER & DUBS, PC
Local Counsel

By:/s/ *Joshua E. Dubs*
Joshua E. Dubs
37 Franklin Street Suite 500
Buffalo, NY 14202
T: 716-854-2050
F: 716-768-2258
josh@websterdubs.com