**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- X


**NATE MCMURRAY, a Candidate for Congress and as**
**an Enrolled Democratic Party Voter In Erie County,**        Case No. 20 CV.
**PAULINE GRABEKI, as an Enrolled Republican Party**
**Voter in Erie County, and RONALD COONS, as an**
**Enrolled Democratic Party Voter in Erie County,**           **ORDER GRANTING**
**individually and on behalf of a Class of Erie County**      **EXPEDITED HEARING**
**Voters Similarly Situated,**                                **AND INJUNCTION**
                                                              **PENDENTE LITE**

        **Plaintiffs,**

       **- against –**

**RALPH M. MOHR and JEREMY J. ZELLNER,**
**individually and as COMMISSIONERS of the ERIE**
**COUNTY BOARD OF ELECTIONS, and the ERIE**
**COUNTY BOARD OF ELECTIONS,**

        **Defendants**
-------------------------------------------------------------------- X


Upon the Verified Complaint, sworn to on June 7, 2020, and the exhibits annexed thereto, and the Declaration of Arthur Schwartz made June 7, 2020, and Plaintiff's Motion for an Expedited Hearing, Temporary Restraining Order, and  Preliminary Injuction, dated June 8, 2020, and good cause being shown therein, it is hereby

ORDERED  that  Defendants  Show  Cause  before  this  Court,  before  the  Honorable _____, United States District Court, 2 Niagara Square, Buffalo, New York 14202 on the _____ day of June, 2020, at _____, why this Court should not enter an preliminary  injunction prohibiting Defendants from failing to  immediately mail notice of all Early  Voting  locations,  and  dates  of  Early  Voting  in  Erie  County,  for  the  for  the  2020 27th Congressional District Special Election, the 2020 NY Democratic Presidential Primary, and all other

Democratic Party Primaries being held in Erie County in 2020, to all registered voters; and granting Plaintiffs such other and further relief which is just and equitable; and it is further

ORDERED that *pending the hearing of this Motion* Defendants shall immediately and prominently post notice on its website, and immediately place an advertisement in all general circulation newspapers in Erie County notifying voters of all Early Voting locations and dates of Early Voting in Erie County for the for the 2020 27th District Congressional Special Election, the 2020 NY Democratic Presidential Primary, and all other Democratic and Republican Party Primaries being held in Erie County in 2020; and it is further

ORDERED that service of a copy of this Order, together with a copy of the Verified Petition, on Defendants be made by serving a copy of this Order and Verified Complaint upon the Defendants at the General Office of Board of Elections of Erie County **OR,** in light of the public health emergency currently existing, by sending a copy of this Order and the supporting papers to the Defendants by electronic mail, followed by overnight mail.

Dated: June _____, 2020

_____
United States District Judge

2