# Early Voting



### EARLY VOTING IN NEW YORK STATE

The November General Election in 2019 provided the first Early Voting opportunity in New York State. Early Voting is available to all voters in Monroe County. Each year voting patterns are evaluated and adjustments made in locations and hours to further accommodate voters.

Voters are able to choose to vote at any site in the county. Voters could choose to vote at an Early Voting center near their workplace or school instead of near their home. Each site flexible enough to accommodate larger or smaller numbers of voters as needed during the nine-day period of Early Voting.

Use of Electronic Poll Books (E-Poll Books) used during the November 2019 Early Voting period will continue. E-Poll Books make certain voters only vote once, and are not able to go to another center and cast a ballotor go to a district site on Election Day. The E-Poll Books communicate via a secure network connection and only transmit non-personal information to update files. Based on where a voter lives, the E-Poll Books make certain voters are with given the correct ballot for the district they are registered, and reside in. Voters complete and scan their ballots utilizing the scanners used on Election Day. Ballot marking devices are available at all sites for voters who require assistance marking their ballot, along with well-trained staff.

The Legislation passed to implement Early Voting and provide for the use of E-Poll Books has several voter protections attached to it. The New York State Board of Elections detailed regulations build on those protections to make certain that New York's elections remain secure and ensure that every vote is counted.

None of the votes cast at an Early Voting center are counted until Election Day. Standards for protecting ballots and memory cards are extensive. A daily audit of each Early Voting center was required to establish and ensure that records of both blank and cast ballots matched the number of voters that used a center daily.

Affidavits (provisional ballots) available on Election Day are also available at Early Voting centers to make sure everyone completes a ballot even if for some reason they were not in our files. Early Voting centers function much like a normal polling site on Election Day but with more staff and heightened expertise.

We continue to strive to provide for a better voter experience and greater turnout, giving voters more options of when and where they can vote.

### Locations for Early Voting in Monroe County in 2020:

- City of Rochester Recreation Bureau - 57 St. Paul St., 2nd Floor, Rochester, NY 14604
- David F. Gantt Community Center - 700 North St., Rochester, NY 14605
- Arnett Branch Library - 310 Arnett Blvd., Rochester, NY 14619
- City of Rochester Water Department - 10 Felix St., Rochester, NY 14608
- SUNY Empire State College - 680 Westfall Rd., Rochester, NY 14620
- North Greece Road Church of Christ - 1039 N. Greece Rd., Rochester, NY 14626
- Marketplace Mall, North Entrance - 1 Miracle Mile Dr., Rochester, NY 14623
- Irondequoit Public Library - 1290 Titus Ave., Rochester, NY 14617
- Dolomite Lodge at Veterans Memorial Park - 3100 Atlantic Ave., Penfield, NY 14526
- Perinton Square Mall - 6720 Pittsford Palmyra Rd., Fairport, NY 14450
- Lodge at Sweden Town Park - 4761 Redman Rd., Brockport, NY 14420

- Webster Recreation Center - 1350 Chiyoda Dr., Webster, NY 14580

## Dates for Early Voting in Monroe County in 2020:

| | |
|---|---|
| Saturday, June 13 | 9:00 am-3:00 pm |
| Sunday, June 14 | 10:00 am-6:00 pm |
| Monday, June 15 | 9:00 am-6:00 pm |
| Tuesday, June 16 | 11:00 am-8:00 pm |
| Wednesday, June 17 | 9:00 am-6:00 pm |
| Thursday, June 18 | 11:00 am-8:00 pm |
| Friday, June 19 | 9:00 am-6:00 pm |
| Saturday, June 20 | 9:00 am-3:00 pm |
| Sunday, June 21 | 9:00 am-2:00 pm |

## General Election (November 3, 2020)

Saturday, October 24, 2020 – Sunday, November 1, 2020

- *(Times to be Announced)*