# Niagara County Board of Elections

(https://elections.niagara.ny.us/)

« ATTENTION VOTERS: April 28th Elections Postponed to June 23rd (https://elections.niagara.ny.us/2020/03/31/april-28th-elections-postponed-june-23rd/)   Executive Orders for June 23rd Elections (https://elections.niagara.ny.us/2020/05/19/executive-orders-june-23rd-elections/) »

# Early Voting for June 23rd 2020 Elections

**Early Voting Poll Sites for 27th Congressional Special Election & Primary Election June 23, 2020:**

**Saint John De LaSalle Center**

8469 Buffalo Avenue

Niagara Falls NY 14304

*site is accessible to voters with physical disabilities

**Cornell Cooperative Extension (Niagara County Fair Grounds)**

4487 Lake Ave

Lockport NY 14094

*site is accessible to voters with physical disabilities

The sites listed for early voting are open to All registered voters in the 27th Congressional District and All Democratic, Republican, Conservative, Working Families, Green, Libertartian, Independence, and Sam Parties for the Primary Election in Niagara County.

**Early Voting dates and times:**

Saturday, June 13, 2020:            10:00am to 3:00pm

Sunday, June 14, 2020:              10:00am to 3:00pm

Monday, June 15, 2020:              12:00pm to 8:00pm

| | |
|---|---|
| Tuesday, June 16, 2020: | 12:00pm to 8:00pm |
| Wednesday, June 17, 2020: | 9:00am to 5:00pm |
| Thursday, June 18, 2020: | 7:00am to 3:00pm |
| Friday, June 19, 2020: | 7:00am to 3:00pm |
| Saturday, June 20, 2020: | 10:00am to 3:00pm |
| Sunday, June 21, 2020: | 10:00am to 3:00pm |

_____          _____

Lora Allen                                                Jennifer Sandonato

Democratic Commissioner               Republican Commissioner

May 5, 2020 (https://elections.niagara.ny.us/2020/05/05/early-voting-june-23rd-2020-elections/) / In Uncategorized (https://elections.niagara.ny.us/category/uncategorized/) / By Tom Paolangeli (https://elections.niagara.ny.us/author/tom/) / Comments Off

HOME (HTTPS://ELECTIONS.NIAGARA.NY.US/)

Copyright © 2016. Niagara County Board of Elections. All Rights Reserved.

New York Web Design (https://newbirddesign.com/) by Newbird Design (https://newbirddesign.com/)