# Early Voting

For nine days – June 13th – June 21st you can vote at one of 3 polling sites around Ulster County. Hours of operation vary but include a mix of day, evening, and weekend hours.

Thanks to new technology investments, early voting allows you to visit the polling site that fits your needs – Early Voting sites will be open in Kingston, New Paltz, Saugerties.

## Early Voting Schedule June 2020

| SUN (SUNDAY) | MON (MONDAY) | TUE (TUESDAY) | WED (WEDNESDAY) | THU (THURSDAY) | FRI (FRIDAY) | SAT (SATURDAY) |
|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | 13 Early Voting 10am - 3pm |
| 14 Early Voting 10am - 3pm | 15 Early Voting 9am - 5pm | 16 Early Voting 12pm - 8pm | 17 Early Voting 9am - 5pm | 18 Early Voting 12pm - 8pm | 19 Early Voting 9am - 5pm | 20 Early Voting 10am - 3pm |
| 21 Early Voting 10am - 3pm | 22 | 23 | 24 | 25 | 26 | 27 |

## Early Voting Locations



[1] Kingston [map]
Edson Elementary School
116 Merilina Ave, Kingston NY 12401

[2] Saugerties [map]
Saugerties Senior Center
207 Market St, Saugerties, NY 12477

[3] New Paltz [map]
New Paltz High School
130 S Putt Corners Rd, New Paltz, NY 12561

## Frequently Asked Questions

| What is early voting? | + |
|---|---|
| Can I vote early? | + |
| How does early voting work? | + |
| Can I still vote by absentee ballot? | + |
| How can I get more information about early voting? | + |

Election Commissioners:

Ashley Dittus (D)

Thomas F. Turco (R)

Ulster County Board of Elections

284 Wall Street, Kingston NY 12401

Phone: 845-334-5470 | Fax: 845-334-5434

Hours: M-F 9am-5pm

elections@co.ulster.ny.us

Ulster County Government – 2020