# Tompkins County Has Chosen the following locations for early voting;

**Town of Ithaca Town Hall**
**215 N Tioga Street**
**Ithaca, NY 14850**

**Crash Fire Rescue (C.F.R.)**
**72 Brown Road**
**Ithaca NY 14850**

**The Early Voting Locations will be open the following hours;**

| Day | Hours |
| --- | --- |
| Sat , June 13 | 9:00 Am to 2:00 PM |
| Sun, June 14 | 9:00 Am to 2:00 PM |
| Mon, June 15 | 7:00 AM to 3:00 PM |
| Tues, June 16 | 12:00 PM to 8:00 PM |
| Wed, June 17 | 7:00 AM to 3:00 PM |
| Thur, June 18 | 12:00 PM to 8:00 PM |
| Fri, June 19 | 7:00 AM to 3:00 PM |
| Sat, June 20 | 9:00 Am to 2:00 PM |
| Sun, June 21 | 9:00 Am to 2:00 PM |

**Early Voting 5.5X8.5 handout (2 per page)**

**Early Voting Poster (Letter)**

**Early Voting Poster (11X17)**

**Early Voting FAQ Short (Letter)**

**Early Voting FAQ Long (Legal)**

**Early Voting Communications Plan**