

# Early Voting Information

Home  /  Departments  /  Board of Elections  /  Early Voting Information



**RENSSELAER COUNTY BOARD OF ELECTIONS**

NYS Board of Elections Approval of Rensselaer County's 2019 Early Voting Plan

**EARLY VOTING INFORMATION**

Early Voting allows **any registered voter** in Rensselaer County to **vote in-person** at **ANY ONE** of the early voting poll sites located in the county before Election Day.

Voting during early voting is the same as voting on Election Day. When you get to the early voting center, you will check in to vote, receive your ballot, and vote as in any other election. There will be instructions available, and the election inspectors will be there to assist you as well.

*If you vote during the early voting period, you are not eligible to vote again for that election on any other day during the early voting period, nor on Election Day.*

If you cannot vote in-person, please see the **Absentee Ballot Voting** page for more information.

*If you vote during the early voting period, you will be ineligible to vote by absentee for that election.*

**PRIMARY EARLY VOTING INFORMATION**

**Rensselaer County Early Voting Locations:**

| | |
|---|---|
| **Holy Cross Armenian Church** | **255 Spring Ave, Troy, NY 12180** |
| **Schodack Town Hall** | **265 Schuurman Rd, Castleton, NY  12033** |
| **Brunswick Office Bldg** | **336 Town Office Rd, Troy, NY  12180** |

### Early Voting Days and Hours are as follows:

| | | |
|---|---|---|
| Saturday | June 13th | 9am to 2pm |
| Sunday | June 14th | 9am to 2pm |
| Monday | June 15th | Noon to 8pm |
| Tuesday | June 16th | 9am to 5pm |
| Wednesday | June 17th | Noon to 8pm |
| Thursday | June 18th | 9am to 5pm |
| Friday | June 19th | 9am to 5pm |
| Saturday | June 20th | 9am to 2pm |
| Sunday | June 21st | 9am to 2pm |

**Please note:**  There is NO early voting *the day before* Election Day.