

(/)



Board of Elections

Register to Vote (/departments/board-of-elections/register-to-vote/)

Election Results (/departments/board-of-elections/election-results/)

Election Equipment (/departments/board-of-elections/election-equipment./)

Contact BOE (/departments/board-of-elections/contact-boe/)

Early Voting & Extended Hours (/departments/board-of-elections/extended-hours/)

Sticker Contest (/departments/board-of-elections/sticker-contest/)

## 🕐 Early Voting & Extended Hours

**Early Voting for 2020. There will be nine days of early voting before each election:**

Presidential Primary, April 28, 2020 - Has been postponed to June 23, 2020.

**Presidential/Federal/State/Local Primary, June 23, 2020**

ⓘ Please see our **cancellations page** (https://rocklandgov.com/cancellations/) for up to date information on meeting, event, class, and exam cancellations and/or postponements. ✕

- Saturday, June 13, 2020 from 9AM until 2PM

- Sunday, June 14, 2020 from 9AM until 2PM
- Monday, June 15, 2020 from 9AM until 5PM
- Tuesday, June 16, 2020 from 12Noon until 8PM
- Wednesday, June 17, 2020 from 9AM until 5PM
- Thursday, June 18, 2020 from 12Noon until 8PM
- Friday, June 19, 2020 from 9AM until 5PM
- Saturday, June 20, 2020 from 9AM until 2PM
- Sunday, June 21, 2020 from 9AM until 2PM

**General Election, November 3, 2020**

- Saturday, October 24, 2020 from 9AM until 2PM
- Sunday, October 25, 2020 from 9AM until 2PM
- Monday, October 26, 2020 from 9AM until 5PM
- Tuesday, October 27, 2020 from 12Noon until 8PM
- Wednesday, October 28, 2020 from 9AM until 5PM
- Thursday, October 29, 2020 from 12Noon until 8PM
- Friday, October 30, 2020 from 9AM until 5PM
- Saturday, October 31, 2020 from 9AM until 2PM
- Sunday, November 1, 2020 from 9AM until 2PM

**Rockland has four Early Voting Centers:**

1. Clarkstown Town Hall, 10 Maple Avenue, New City, New York 10956
2. Haverstraw Town Hall, 1 Rosman Road, Garnerville, New York 10923
3. Orangetown Town Hall, 26 West Orangeburg Road, Orangeburg, New York 10962
4. Ramapo Town Hall, 237 Route 59, Suffern, New York 10901

**NOTE:** In Rockland County registered voters may access **any** early voting center. See our early voting flyer (/download_file/view/13750/2736/)    Early voting flyer Spanish (/download_file/view/13875/2736/)

**The Board of Elections in the County of Rockland offers extended hours prior to the General Election.**

**General Election Hours**

Please see our **cancellations page** (https://rocklandgov.com/cancellations/) for up to date information on meeting, event, class and exam cancellations and/or postponements.

- Tuesday, November 3, 2020. All Poll Sites Open 6:00 AM – 9:00 PM. Voters must access their usual poll site.

Extended Office Hours for Absentee Voting and Office Business:

Check back in September for hours.

For more information:
Call: 845-638-5172
Email: voterinfo@co.rockland.ny.us (mailto:voterinfo@co.rockland.ny.us)

Home (/)

Site Search (/site-search/)

Sitemap (/sitemap/)

Media Resources (/media-resources/)

Social Media (/social-media/)

Legal Announcements (/departments/law/legal-announcements/)

Privacy (/privacy-statement/)

Disclaimer (/disclaimer-of-liability/)

Login (/login/forward/2736/)

Web site comments or suggestions? **Send us feedback! (http://rocklandgov.com/feedback)**

© County of Rockland 2016 All right reserved.

ⓘ  Please see our **cancellations page** (https://rocklandgov.com/cancellations/) for up to date information on meeting, event, class and exam cancellations and/or postponements.   ✕