

## McMurray request 5/29

**Erica O'Donnell** <cityofbataviadems@gmail.com>　　　　　　　　　　　　Sat, May 30, 2020 at 10:03 PM
To: Austin Morgan <austin@votemcmurray.com>, Karen Gannon <karen.gannon@co.genesee.ny.us>

Hi Austin,

I copied Karen in on this thread. Most of the questions I can answer.

Covid procedures, and Karen can correct me if I'm wrong, masks are required at all polling places and social distancing will be practiced. You will be required to use hand sanitizer when you enter the polling place.

All early voting in Genesee County takes place at County Building 2, 3837 W. Main St Rd Batavia. The early voting dates and times are below.

Presidential Primary/Special Election/Federal & Local Primary, June 23, 2020
Saturday, June 13, 2020 – 12pm-5pm
Sunday, June 14, 2020 – 12pm-5pm
Monday, June 15, 2020 – 9am-5pm
Tuesday, June 16, 2020 – 12pm-8pm
Wednesday, June 17, 2020 – 12pm-8pm
Thursday, June 18, 2020 – 9am-5pm
Friday, June 19, 2020 – 9am-5pm
Saturday, June 20, 2020 – 12pm-5pm
Sunday, June 21, 2020 – 12pm-5pm

Here is the complete list of polling places for election day.

City of Batavia

Ward I    Dist.01-01 The Salvation Army, 529 E. Main St
                01-02 The Salvation Army, 529 E. Main St
                01-03 The Salvation Army, 529 E. Main St
Ward II   Dist.02-01 Richmond Memorial Library, 19 Ross St
                02-02 Richmond Memorial Library, 19 Ross St
Ward III  Dist.03-01 Senior Center, 2 Bank St
                03-02 Senior Center, 2 Bank St
Ward IV  Dist.04-01 ARC Community Center, 38 Woodrow Rd
                04-02 ARC Community Center, 38 Woodrow Rd
                04-03 ARC Community Center, 38 Woodrow Rd

Ward V    Dist.05-01 Ascension Parish, 15 Sumner St
                05-02 Ascension Parish, 15 Sumner St
                05-03 Ascension Parish, 15 Sumner St
Ward VI  Dist.06-01 Ascension Parish, 15 Sumner St
                06-02 Ascension Parish, 15 Sumner St

Towns

Alabama    Dist.10-01 Alabama Fire Dept Rec Hall, 2230 Judge Rd
                10-02 Alabama Fire Dept Rec Hall, 2230 Judge Rd
Alexander Dist.11-01 Alexander Fire Dept Rec Hall, 10708 Route 98
                11-02 Alexander Fire Dept Rec Hall, 10708 Route 98
Batavia    Dist.12-01 Batavia Town Hall, 3833 West Main Rd
                12-02 Batavia Town Hall, 3833 W Main Rd



Ex A

|         |                                                          |
|---------|----------------------------------------------------------|
|         | 12-03 Richard C. Call Arena (GCC), 1 College Rd          |
|         | 12-04 County Bldg. II, 3837 W. Main St. Rd               |
| Bergen  | Dist.13-01 Bergen Town Hall, 10 Hunter St                |
|         | 13-02 Bergen Town Hall, 10 Hunter St                     |
| Bethany | Dist.14-01 Bethany Community Center, 10510 Bethany Ctr Rd |
| Byron   | Dist.15-01 Byron Town Hall, 7028 Route 237               |
|         | 15-02 Byron Town Hall, 7028 Route 237                    |
| Darien  | Dist.16-01 Darien Town Hall, 10569 Allegany Rd           |
|         | 16-02 Darien Town Hall, 10569 Allegany Rd                |
| Elba    | Dist.17-01 Elba Fire Hall, 4 So Main St                  |
|         | 17-02 Elba Fire Hall, 4 So Main St                       |
| Le Roy  | Dist.18-01 Masonic Community Center, 12 Bank St          |
|         | 18-02 Masonic Community Center, 12 Bank St               |
|         | 18-03 Masonic Community Center, 12 Bank St               |
|         | 18-04 Masonic Community Center, 12 Bank St               |
|         | 18-05 Knights of Columbus Hall, 15 W Main St             |
|         | 18-06 Knights of Columbus Hall, 15 W Main St             |
|         | 18-07 Knights of Columbus Hall, 15 W Main St             |
|         | 18-08 Knights of Columbus Hall, 15 W Main St             |
| Oakfield| Dist.19-01 Oakfield Town Hall, 3219 Drake St             |
|         | 19-02 Oakfield Town Hall, 3219 Drake St                  |
|         | 19-03 Oakfield Town Hall, 3219 Drake St                  |
| Pavilion| Dist.20-01 Pavilion Town Hall                            |
|         | 20-02 Pavilion Town Hall                                 |
| Pembroke| Dist.21-01 St. Maximilian Kolbe (Holy Name)              |
|         | 21-02 Corfu Fire Hall, 116 E Main St                     |
|         | 21-03 Pembroke Town Hall, 1145 Route 5                   |
|         | 21-04 Pembroke Town Hall, 1145 Route 5                   |
| Stafford| Dist.22-01 New Town Hall, 8903 Route 237                 |
|         | 22-02 New Town Hall, 8903 Route 237                      |
|         | 22-03 New Town Hall, 8903 Route 237                      |

On Fri, May 29, 2020 at 9:40 AM Austin Morgan <austin@votermurray.com> wrote:
> Hi Erica,
>
> For some reason my email was blocked getting to Karen. Could you help me get the request to her? The full election cycle lists will be important for getting things straight going into June, and I've been asked to get the early vote, election day, and COVID-19 procedures info in writing. Let me know if I should send again, to another email, or something else. Thanks!
>
> On Fri, May 29, 2020 at 8:22 AM Austin Morgan <austin@votermurray.com> wrote:
>> Good morning Karen and Erica,
>>
>> Thanks for being so wonderful in responding to our data requests--Genesee Co. certainly shines, especially compared to some other BOEs. In order to make sure we've got a strong foundation going into June, I'm requesting the following:
>>
>> - A list of ALL voters who have applied for an absentee ballot in the NY-27 special election since January 1 to today's date
>> - A list of ALL voters who have been sent a ballot to vote in the NY-27 special election
>> - A list of ALL voters who have returned their ballot for the NY-27 special election
>>
>> If you could make these 3 separate lists, that would be wonderful. With these lists, please include County ID, name, address, DOB, and phone numbers.
>>
>> In addition, we are requesting the following information:
>>
>> - A list of locations, along with dates and associated times, for early voting
>> - A list of finalized locations for voting on election day

- A list or description of procedures that voters will need to follow to vote in-person (e.g., mask, gloves, sanitation, distance, etc.)

Thank you again for all your help so far. Going into June we'll be needing daily updates for the three lists above to keep our campaign up to speed and the public informed. We've been doing everything possible to educate on absentee voting, walk voters through the application process, and generally calm anxieties over the changes this election cycle. I know you've been hard at work keeping this election on the rails, and we're so grateful for everything you continue to do to bolster the democratic process in this difficult time. Please let me know if you have questions or need any clarification on the above.

Austin Morgan
Field Director
Nate McMurray for Congress
(716) 353-5405
*He, Him, His*


--
Austin Morgan
Field Director
Nate McMurray for Congress
(716) 353-5405
*He, Him, His*

# Early Voting – 2020
# County Building 2
# 3837 W. Main St. Rd., Batavia

Presidential Primary/Special Election/Federal & Local Primary, June 23, 2020
Saturday, June 13, 2020 – 12pm-5pm
Sunday, June 14, 2020 – 12pm-5pm
Monday, June 15, 2020 – 9am-5pm
Tuesday, June 16, 2020 – 12pm-8pm
Wednesday, June 17, 2020 – 12pm-8pm
Thursday, June 18, 2020 – 9am-5pm
Friday, June 19, 2020 – 9am-5pm
Saturday, June 20, 2020 – 12pm-5pm
Sunday, June 21, 2020 – 12pm-5pm

General Election, November 3, 2020
Saturday, October 24, 2020 – 12pm-5pm
Sunday, October 25, 2020 – 12pm-5pm
Monday, October 26, 2020 – 9am-5pm
Tuesday, October 27, 2020 – 12pm-8pm
Wednesday, October 28, 2020 – 12pm-8pm
Thursday, October 29, 2020 – 9am-5pm
Friday, October 30, 2020 – 9am-5pm
Saturday, October 31, 2020 – 12pm-5pm
Sunday, November 1, 2020 – 12pm-5pm