Gmail                                                                                  Austin Morgan <austin@votemcmurray.com>

## McMurray campaign 5/20

**Austin Morgan** <austin@votemcmurray.com>                                            Fri, May 22, 2020 at 9:08 AM
To: Lashana D Boose <LaShanaBoose@monroecounty.gov>

Good morning LaShana,

Just noticing that the ballot returned lists I've got don't include County ID--can you send me a full list of ballots returned with that column? Thanks!

On Wed, May 20, 2020 at 12:11 PM Lashana D Boose <LaShanaBoose@monroecounty.gov> wrote:

Good afternoon:

We have reached out to the Health Dept to review our recommendations for voters during this election and will have that information out in the coming weeks. Below is the list of sites for early voting for all Monroe County Voters. Let me know if you have any additional questions. Thank you

| City/Town | Venue | Address 1 | Address 2 |
|---|---|---|---|
| City NE-LD 25 | City of Rochester Recreation Bureau, 2nd Flr | 57 St Paul St | Rochester NY 14604 |
| City NE-LD 22 | David F Gantt Community Center | 700 North St | Rochester NY 14605 |
| City S-LD 27 | Arnett Branch Library | 310 Arnett Blvd | Rochester NY 14619 |
| City NW-LD 28 | City of Rochester Water Department | 10 Felix St | Rochester NY 14608 |
| Brighton | SUNY Empire State College | 680 Westfall Rd | Rochester NY 14620 |
| Chili | St Christopher's Church | 3350 Union St | N Chili NY 14514 |
| Greece | North Greece Road Church of Christ | 1039 N Greece Rd | Rochester NY 14626 |
| Henrietta | Marketplace Mall, North Entrance | 1 Miracle Mile Dr | Rochester NY 14623 |
| Irondequoit | Irondequoit Public Library | 1290 Titus Ave | Rochester NY 14617 |
| Penfield | Penfield Town Hall | 3100 Atlantic Ave | Penfield NY 14526 |
| Perinton | Perinton Square Mall | 6720 Pittsford Palmyra Rd | Fairport NY 14450 |
| Webster | Webster Recreation Center | 1350 Chiyoda Dr | Webster NY 14580 |

Kindest regards,


**LaShana D. Boose**
Monroe County Board of Elections
Acting Commissioner
585-753-1560 (Work)
39 West Main Street
Rochester, New York 14614
www.monroecounty.gov/elections

"Voting is how we participate in a civic society." Loretta Lynch

**From:** Austin Morgan <austin@votemcmurray.com>
**Sent:** Wednesday, May 20, 2020 10:58 AM
**To:** Lashana D Boose <LaShanaBoose@monroecounty.gov>
**Subject:** McMurray campaign 5/20

CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.
~~~~~~~~~~~~~~~~~~~

Hi LaShana,

Thanks again for helping straighten out my records requests, I'm now receiving applications submitted/ballots sent and ballots returned. Perfect!

2

Exhibit B

Can you give me the info on early voting for NY-27 voters in Monroe Co? Are there specific procedures that voters will need to know about for in-person voting? And have poll locations been decided for election day?

Feel free to reply here or give me a call at the number below. Thanks so much!

Austin Morgan

Field Director

Nate McMurray for Congress

(716) 353-5405

*He, Him, His*

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

--
Austin Morgan
Field Director
Nate McMurray for Congress
(716) 353-5405
*He, Him, His*

 Gmail

## McMurray request 5/27

**Lashana D Boose** <LaShanaBoose@monroecounty.gov>  Wed, May 27, 2020 at 5:19 PM
To: Austin Morgan <austin@votemcmurray.com>

Good afternoon:

A separate email will be sent out in regards to the information related to voters in the 27th Congressional District, with the volume of applications being received, I cannot confirm that we will be able to provide daily updates but we will do our best. Our Early Voting locations and times are listed on the website (https://www2.monroecounty.gov/elections-earlyvoting). We are working on our list of election day sites. Please note that there will be a consolidation of sites as soon as it has been finalized, we will be sure to share. Additionally, we are in the process of drafting sanitation procedures for polling sites. I can confirm that we plane to have gloves, masks and sanitizer for poll workers, also masks and sanitizer for voters.

I will be sure to keep you updated as we get closer to the election. Thank you

Kindest regards,



**LaShana D. Boose**
Monroe County Board of Elections
Acting Commissioner

39 West Main Street
Rochester, New York 14614
www.monroecounty.gov/elections

"Voting is how we participate in a civic society." Loretta Lynch

**From:** Austin Morgan <austin@votemcmurray.com>
**Sent:** Wednesday, May 27, 2020 4:16 PM
**To:** Lashana D Boose <LaShanaBoose@monroecounty.gov>
**Subject:** McMurray request 5/27

CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~~~

Hi LaShana, happy Wednesday!

Sorry for this long message, but we want to make sure everything is set going into June. Thanks in advance! If you could send me the following lists:

- A list of ALL voters who have applied for an absentee ballot in the NY-27 special election since January 1st to today's date
- A list of ALL voters who have been sent a ballot to vote in the NY-27 special election
- A list of ALL voters who have returned their ballot for the NY-27 special election

With these lists, please include County ID, name, address, DOB, and phone numbers. If you have to send these by email or via the Monroe Co online system, either is fine.

In addition, we are requesting the following information (I know you sent EV locations to me last week, and you may not have some of the below info, just let me know what you do have and we'll wait on the rest):

- A list of locations, along with dates and associated times, for early voting
- A list of finalized locations for voting on election day
- A list or description of procedures that voters will need to follow to vote in-person (e.g., mask, gloves, sanitation, distance, etc.)

Thank you again for all your help so far. Going into June we'll be needing daily updates for the three lists above to keep our campaign up to speed and the public informed. We've been doing everything possible to educate on absentee voting, walk voters through the application process, and generally calm anxieties over the changes this election cycle. I know you've been hard at work keeping this election on the rails, and we're so grateful for everything you continue to do to bolster the democratic process in this difficult time. Please let me know if you have questions or need any clarification on the above.

Austin Morgan

Field Director

Nate McMurray for Congress

(716) 353-5405

*He, Him, His*

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

**LaShana D Boose.vcf**
8K

*Early Voting in Monroe from website*

# Early Voting



## EARLY VOTING IN NEW YORK STATE

The November General Election in 2019 provided the first Early Voting opportunity in New York State. Early Voting is available to all voters in Monroe County. Each year voting patterns are evaluated and adjustments made in locations and hours to further accommodate voters.

Voters are able to choose to vote at any site in the county. Voters could choose to vote at an Early Voting center near their workplace or school instead of near their home. Each site flexible enough to accommodate larger or smaller numbers of voters as needed during the nine-day period of Early Voting.

Use of Electronic Poll Books (E-Poll Books) used during the November 2019 Early Voting period will continue. E-Poll Books make certain voters only vote once, and are not able to go to another center and cast a ballotor go to a district site on Election Day. The E-Poll Books communicate via a secure network connection and only transmit non-personal information to update files. Based on where a voter lives, the E-Poll Books make certain voters are with given the correct ballot for the district they are registered, and reside in. Voters complete and scan their ballots utilizing the scanners used on Election Day. Ballot marking devices are available at all sites for voters who require assistance marking their ballot, along with well-trained staff.

The Legislation passed to implement Early Voting and provide for the use of E-Poll Books has several voter protections attached to it. The New York State Board of Elections detailed regulations build on those protections to make certain that New York's elections remain secure and ensure that every vote is counted.

None of the votes cast at an Early Voting center are counted until Election Day. Standards for protecting ballots and memory cards are extensive. A daily audit of each Early Voting center was required to establish and ensure that records of both blank and cast ballots matched the number of voters that used a center daily.

Affidavits (provisional ballots) available on Election Day are also available at Early Voting centers to make sure everyone completes a ballot even if for some reason they were not in our files. Early Voting centers function much like a normal polling site on Election Day but with more staff and heightened expertise.

We continue to strive to provide for a better voter experience and greater turnout, giving voters more options of when and where they can vote.

## Locations for Early Voting in Monroe County in 2020:

City of Rochester Recreation Bureau - 57 St. Paul St., 2nd Floor, Rochester, NY 14604

David F. Gantt Community Center - 700 North St., Rochester, NY 14605

Arnett Branch Library - 310 Arnett Blvd., Rochester, NY 14619

City of Rochester Water Department - 10 Felix St., Rochester, NY 14608

SUNY Empire State College - 680 Westfall Rd., Rochester, NY 14620

North Greece Road Church of Christ - 1039 N. Greece Rd., Rochester, NY 14626

Marketplace Mall, North Entrance - 1 Miracle Mile Dr., Rochester, NY 14623

Irondequoit Public Library - 1290 Titus Ave., Rochester, NY 14617

Dolomite Lodge at Veterans Memorial Park - 3100 Atlantic Ave., Penfield, NY 14526

Perinton Square Mall - 6720 Pittsford Palmyra Rd., Fairport, NY 14450

Lodge at Sweden Town Park - 4761 Redman Rd., Brockport, NY 14420

Webster Recreation Center - 1350 Chiyoda Dr., Webster, NY 14580

## Dates for Early Voting in Monroe County in 2020:

| | |
|---|---|
| Saturday, June 13 | 9:00 am-3:00 pm |
| Sunday, June 14 | 10:00 am-6:00 pm |
| Monday, June 15 | 9:00 am-6:00 pm |
| Tuesday, June 16 | 11:00 am-8:00 pm |
| Wednesday, June 17 | 9:00 am-6:00 pm |
| Thursday, June 18 | 11:00 am-8:00 pm |
| Friday, June 19 | 9:00 am-6:00 pm |
| Saturday, June 20 | 9:00 am-3:00 pm |
| Sunday, June 21 | 9:00 am-2:00 pm |

### General Election (November 3, 2020)

Saturday, October 24, 2020 – Sunday, November 1, 2020

*(Times to be Announced)*