

# Lists

**Joanna Bush** <jbush@wyomingco.net>  Fri, May 29, 2020 at 2:41 PM
To: Austin Morgan <austin@votemcmurray.com>
Cc: Hank Bush <hbush@wyomingco.net>

Austin,

The requested info is attached. The requested ballots will be the same as the mailed ballots. Our list of polling places is attached as well, as of right now we are good to go with all of those places but some changes could occur. Our procedures for the poll sites have no changed at this point yet.

Thanks,

Joanna Bush

Deputy Commissioner

Wyoming County Board of Elections

Phone: 585 786 8931

Fax: 585 786 8843

**3 attachments**

**DOC052920-001.pdf**
40K

**SEABRQs.xls**
1030K

**SEReturned.xls**
285K

Ex. C -

 Gmail

# Lists

**Joanna Bush** <jbush@wyomingco.net>  Wed, May 20, 2020 at 8:17 AM
To: Austin Morgan <austin@votemcmurray.com>
Cc: Hank Bush <hbush@wyomingco.net>

Austin,

The lists are attached… the list of requests would be the same as the list mailed. We are currently working on actually mailing those though. I would expect all 2000+ to be in the mail by this weekend.

Early Voting in Wyoming County is taking place at our Board of Elections, 4 Perry Ave Warsaw NY.

Saturday June 13th – 10Am until 3PM

Sunday June 14th – 10 AM until 3PM

Monday June 15th - 8AM until 4PM

Tuesday June 16th - 8AM until 4PM

Wednesday June 17th - 8AM until 8PM

Thursday June 18th – 8AM until 8PM

Friday June 19th – 8AM until 4PM

Saturday June 20th – 10AM until 3PM

Sunday June 21st – 10 AM until 3PM

We'll be requiring all voters to wear masks, if someone comes in and doesn't have one we will provide them with one. Voters will be required to sanitize their hands before coming in and when leaving. We're still working on more in depth procedures, I can send them to you once we have finalized our plans.

Thanks,

Joanna Bush

Deputy Commissioner

Wyoming County Board of Elections

Phone: 585 786 8931

Fax: 585 786 8843

**2 attachments**

*From wds. R.*

# 2019 General Election
# Early Voting FAQ

For the 2019 November general election, you can vote in person before Election Day.

### What is Early Voting?

For the first time in New York State, voters can vote in-person before Election Day at one or more voting sites in their county.

### Who can vote early?

All registered voters can vote early.

### When can I vote early?

Early Voting in New York State will begin prior to the November 5th General Election. The early voting period will be from: Saturday, October 26, 2019 through Sunday November 3, 2019.

### Where can I vote early?

Wyoming County Board of Elections
4 Perry Ave
Warsaw, NY 14569

All Wyoming County registered voters may access this site. Site is accessible to those with disabilities.

### How will I vote during early voting?

Voting during early voting is the same as voting on Election Day. When you get to the early voting center, you will check in to vote, receive your ballot and vote as any other election.

There will be instructions available at the early voting centers to familiarize you with the ballot. There will also be a notice to voter and bill of rights. You may ask an election inspector to explain how to vote, or if you need any assistance.

**If you vote during the early voting period, you are not eligible to vote on Election Day.**

### When will early voting results be posted?

Early voting votes will be canvassed and reported after 9pm on Tuesday, November 5, 2019.