*Ontario County - Website*

# Board of Elections

### New! June 23, 2020 Primary and Special Election Polling Place Changes

*Due to the COVID 19 pandemic, the following changes in poll locations will take place on June 23, 2020 for this election only.  Polls will be open from 6 am until 9 pm.*

| MUNICIPALITY | CLOSED LOCATION | NEW LOCATION |
|---|---|---|
| City of Geneva Ward 5 | Hydrant Hose | FLCC Geneva, 63 Pulteney St. |
| Farmington Districts 1 & 2 | Fire Station #1 | Farmington Town Hall, 1000 Co Rd 8 |
| Town of Geneva District 2 | Northside Fire | Geneva Town Hall, 3750 Co Rd 6 |
| Manchester District 3 | Port Gibson Fire Hall | Manchester Town Hall |
| Phelps District 3 | Oaks Corners Fire Hall | Phelps Firemen Hall, 79 Ontario St |
| Victor Districts 2 & 3 | Fishers Fire Hall #2 | Victor Town Hall, 85 E Main St |
| Victor District 8 | Autumn Grove | Gypsum Mills Community, 6392 Plastermill Rd |
| West Bloomfield | WB Fire Station | Ionia FIre Station, 8338 Co Rd 14 |

*Post cards will be mailed to voters impacted by the necessary changes the week of June 8th.*

*Please contact the Ontario County Board of Elections with any questions at   585-396-4005*

Dear Ontario County Voter,

- On April 24, 2020, Gov. Cuomo directed the NYS Board of Elections to mail a postage-paid application for an absentee ballot to all eligible voters, giving **voters the option** to vote by mail for the upcoming June 23rd elections.
- The Ontario County wide elections are:
    - Republican Primary, 131st Assembly District
    - Democratic Presidential Primary
    - Additionally, the 27th Congressional District has a "Special Election" and a Republican Primary for 27th Congressional District.

*Exhibit E*

- If voters choose to vote by mail, they should choose Temporary Illness on the application to receive a ballot. The application is for **June elections only and should be mailed back as soon as possible**.
- If you prefer to vote in person: **Early voting** will be available at the Ontario County Board of Elections, 2930 County Road 48, Canandaigua, NY.

| DATE | DAY | TIME |
|---|---|---|
| June 13, 2020 | Saturday | Polls will be open 9am to 2pm |
| June 14, 2020 | Sunday | Polls will be open 9am to 2pm |
| June 15, 2020 | Monday | Polls will be open 9am to 5pm |
| June 16, 2020 | Tuesday | Polls will be open 12pm to 8pm |
| June 17, 2020 | Wednesday | Polls will be open 12pm to 8pm |
| June 18, 2020 | Thursday | Polls will be open 10am to 6pm |
| June 19, 2020 | Friday | Polls will be open 9am to 5pm |
| June 20, 2020 | Saturday | Polls will be open 9am to 2pm |
| June 21, 2020 | Sunday | Polls will be open 9am to 2pm |

Call the Board of Elections if you have questions, 585-396-4005.

Thank you.

## Board of Elections Relocation

Download a Voter Registration form by clicking on the Register to VOTE! icon below! (Prints on regular letter size paper).



### Related Documents
- 2020 Election Inspector NEW Printable Application
- Voter Registration Form
- Absentee Ballot Application
- Campaign Finance FAQ's

- Running For Office

**MILITARY & OVERSEAS VOTERS, CLICK HERE!**

## Contact Us

Board of Elections
Email

Democratic Commissioner
Charles Evangelista
Email

Republican Commissioner
Michael Northrup
Email

2930 County Rd 48
Canandaigua, NY 14424
Map

Ph: (585) 396-4005

Hours
8:30 am - 5:00 pm
Monday - Friday

## Quick Links

- Military Absentee Ballot
- Election Inspector Training Documents
- NYSVoter Public Information - Voter Registration Search