

# Early Voting

## EARLY VOTING

**2020 Presidential/Federal/State/Local Primary & Special General Election**

For the 2020 June 23, 2020 Presidential/Federal/State/Local Primary & Special General Election, you can vote in person before Election Day.

**What is Early Voting?**

Voters can vote in-person before Election Day at one or more sites in their county

**Who can vote early?**

All registered voters can vote early

Exhibit F

**Livingston County Early Voting Polling Hours**

SATURDAY, JUNE 13, 2020: 9:00AM TO 2:00PM

SUNDAY, JUNE 14, 2020: 9:00AM TO 2:00PM

MONDAY, JUNE 15, 2020: 8:00AM TO 8:00PM

TUESDAY, JUNE 16, 2020: 8:00AM TO 4:00PM

WEDNESDAY, JUNE 17, 2020: 8:00AM TO 8:00PM

THURSDAY, JUNE 18, 2020: 8:00AM TO 4:00PM

FRIDAY, JUNE 19, 2020: 8:00 AM TO 4:00PM

SATURDAY, JUNE 20, 2020: 9:00AM TO 2:00PM

SUNDAY, JUNE 21, 2020: 9:00AM TO 2:00PM

**Where can I vote early?**

Livingston County Voters can vote at the

6 Court Street, Room 104 Geneseo, NY 14454

### How will I vote during early voting?

Voting during early voting is the same as voting on Election Day. When you get to the early voting center, you will check in to vote, receive your ballot and vote as any other election. **Once you vote early you will not be eligible to vote on Election Day, your vote will already have been cast.**

### When will early voting results be posted?

Early voting votes will be canvassed and reported after 9pm on Tuesday, June 23, 2020

### Can I still vote by absentee ballot?

Yes, If you are out of your home county, or if you are permanently or temporarily disabled, ill (Covid19) or are the primary care giver for one or more people who are ill or physically disabled, or a resident of a Veterans Hospital, or detained in jail awaiting Grand Jury action or incarcerated for an offense other than a felony you may apply for an absentee ballot.

### How can I find out more about Early Voting?

You can contact the Livingston County Board of Elections at 585-243-7090 or the

State Board of Elections at 518-474-1953 or www.elections.ny.gov

**Can I still vote by absentee ballot?**

Yes, If you are out of your home county, or if you live in New York City, are outside of the five boroughs, or if you are permanently or temporarily disabled, ill or are the primary care giver for one or more people who are ill or physically disabled, or a resident of a Veterans Hospital, or detained in jail awaiting Grand Jury action or incarcerated for an offense other than a felony you may apply for an absentee ballot.

**How can I find out more about Early Voting?**

Contact the Wyoming County Board of Elections at 585-786-8931 or the New York State Board of Elections at 518-474-6220