*Orleans*



# Orleans Data

**Aina, Eileen** <Eileen.Aina@orleanscountyny.gov>  Mon, Jun 1, 2020 at 8:52 AM
To: "AUSTIN@VOTEMCMURRAY.COM" <AUSTIN@votemcmurray.com>

Hi Austin

Here is some information you requested.  Please let me know if you have any questions.

Eileen


Eileen Aina

Deputy Commissioner

Orleans County Elections

14016 Route 31 West, Suite 140

Albion, NY 14411

Phone: (585) 589-3270 Fax: (585) 589-2771

http://www.orleanscountyny.gov


**3 attachments**



All Absentees 6.01.2020 AM.csv
384K

Early Voting Hours.xlsx
14K

Poll Site List.pdf
17K

*Ex.G*