ERIE

# Gmail

## Voting info for June 23

**Austin Morgan** <austin@votemcmurray.com>  Thu, May 28, 2020 at 2:51 PM
To: Justin.Rooney@erie.gov

Hi Justin,

Just looking for a few pieces of information as EV and ED get closer and closer:

- A list of locations, along with dates and associated times, for early voting
- A list of finalized locations for voting on election day
- A list or description of procedures that voters will need to follow to vote in-person (e.g., mask, gloves, sanitation, distance, etc.)

Thank you again for all your help so far. We've been doing everything possible to educate on absentee voting, walk voters through the application process, and generally calm anxieties over the changes this election cycle. I know you've been hard at work keeping this election on the rails, and we're so grateful for everything you continue to do to bolster the democratic process in this difficult time. Please let me know if you have questions or need any clarification on the above.

Exhibit H