On Mon, Jun 8, 2020 at 4:38 PM Toth, Jeremy <Jeremy.Toth@erie.gov> wrote:

I am waiting for my Commissioners to meet and discuss what they want to do.

It is my understanding that the locations were sent to the state some time ago and that all locations have been finalized. I do not have any particulars yet. Once I get more information I will share with you.

Thanks.

--

**Jeremy Toth |** Second Assistant County Attorney
Erie County **|** Department of Law
95 Franklin St., 1634 **|** Buffalo, NY 14202
P:+1(716)858-2204 **|** F:+1(716)858-2281
Jeremy.Toth@erie.gov **|** http://www.erie.gov

On Mon, Jun 8, 2020, 4:22 PM Arthur Schwartz <aschwartz@afjlaw.com> wrote:

Please see the attached application which I will be filing shortly, as a follow up to our conversation. My brief will follow this evening.

*Arthur Z. Schwartz*
*Principal Attorney* **Advocates for Justice Chartered Attorneys**
*President-* **Advocates for Justice Legal Foundation**
*Political Director-* **NY Progressive Action Network**
*Democratic District Leader* **- Greenwich Village, NYC**
*Law Co-Chair* **- Manhattan Democratic Party**
225 Broadway Suite 1902
New York, New York 10007
Office: 212-285-1400
**Cell: 917-923-8136**
Fax: 212-285-1410

*"Our lives begin to end the day we become silent about things that matter."*
*"We must accept finite disappointment, but never lose infinite hope."*
*"The time is always right to do what is right."*

**Martin Luther King**