UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

NATE MCMURRAY, a Candidate for Congress and as
an Enrolled Democratic Party Voter In Erie County,
PAULINE GRABEKI, as an Enrolled Republican Party
Voter in Erie County, and RONALD COONS, as an
Enrolled Democratic Party Voter in Erie County,
individually and on behalf of a Class of Erie County
Voters Similarly Situated,

                                                                    Case No.: 1:20-cv-00689-LJV

                              Plaintiffs,

      – against –

RALPH M. MOHR and JEREMY J. ZELLNER,
individually and as COMMISSIONERS of the ERIE
COUNTY BOARD OF ELECTIONS, and the ERIE
COUNTY BOARD OF ELECTIONS,

                              Defendants.

---

# DEFENDANTS' NOTICE OF MOTION
## TO DISMISS THE FIRST AMENDED COMPLAINT

| | |
|---|---|
| Moving Party: | Defendants Ralph M. Mohr, Jeremy J. Zellner, and the Erie County Board of Elections. |
| Nature of Action: | Alleged violations of New York State Election Law and alleged federal and state constitutional violations. |
| Directed To: | Plaintiffs. |
| Date and Time: | To be scheduled by the Court. |
| Place: | In the courtroom of the Hon. Lawrence J. Vilardo, United States District Court, 2 Niagara Square, Buffalo, NY 14202. |

Supporting Papers:     Memorandum of Law in Support of Defendants' Motion to Dismiss, dated July 13, 2020, and Declaration of Daniel A. Spitzer, dated July 13, 2020, with exhibits.

Answering Papers:     Absent an Order setting deadlines, pursuant to Local Rule 7(b)(2)(B), opposing papers must be served within fourteen (14) days after the service of this motion.  Plaintiff intends to file and serve a reply, which must be served within seven (7) days after service of opposing papers.

Relief Requested:     An Order dismissing the First Amended Complaint.

Grounds for Relief:    Federal Rule of Civil Procedure 12(b)(6) and case law.

Oral Argument:     Requested.

Dated:   July 13, 2020

**HODGSON RUSS LLP**
*Attorneys for Defendants Ralph M. Mohr, Jeremy J. Zellner, and the Erie County Board of Elections*

By:   s/ Daniel A. Spitzer
   Daniel A. Spitzer, Esq.
   Charles W. Malcomb, Esq.
   Aaron M. Saykin, Esq.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY  14202-4040
716.856.4000
ASaykin@hodgsonruss.com

- and -

MICHAEL A. SIRAGUSA
*Erie County Attorney and Attorney for Defendants Ralph M. Mohr, Jeremy J. Zellner, and the Erie County Board of Elections*

2

By:   s/ Jeremy Toth

Jeremy Toth, Esq.
Second Assistant County Attorney
95 Franklin Street, Suite 1635
Buffalo, NY  14202
Tel:  (716) 858-2204
Email: Jeremy.Toth@erie.gov

3