UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

NATE MCMURRAY, a Candidate for Congress
and as an Enrolled Democratic Party Voter In
Erie County, PAULINE GRABEKI, as an
Enrolled Republican Party Voter in Erie
County, and RONALD COONS, as an Enrolled
Democratic Party Voter in Erie County,
individually and on behalf of a Class of Erie
County Voters Similarly Situated,

      Plaintiffs,

– against –            CASE NO.: 1:20-cv-00689-LJV

RALPH M. MOHR and JEREMY J. ZELLNER,
individually and as COMMISSIONERS of the
ERIE COUNTY BOARD OF ELECTIONS, and
the ERIE COUNTY BOARD OF ELECTIONS,

      Defendants.

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims and counterclaims, is dismissed on the merits, with prejudice, and without costs to any party in this action. Each party will bear its own attorneys' fees.

Dated: November 13, 2020        Dated: November 9, 2020

| | |
|---|---|
| **ADVOCATES FOR JUSTICE CHARTERED ATTORNEYS** *Attorneys for Plaintiffs Nate McMurray, Pauline Grabeki, and Ronald Coons* | **HODGSON RUSS LLP** *Attorneys for Defendants Ralph M. Mohr, Jeremy J. Zellner, and the Erie County Board of Elections* |

By: _____
      Arthur Z. Schwartz, Esq.
225 Broadway, Suite 1902
New York, New York 10007
Telephone: (212) 285-1400
E-mail: aschwartz@afjlaw.com

By:   s/ Daniel A. Spitzer
      Daniel A. Spitzer, Esq.
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
E-mail: dspitzer@hodgsonruss.com

- and -

MICHAEL A. SIRAGUSA
*Erie County Attorney and Attorney for Defendants Ralph M. Mohr, Jeremy J. Zellner, and the Erie County Board of Elections*

By:   s/ Jeremy Toth
      Jeremy Toth, Esq.
Second Assistant County Attorney
95 Franklin Street, Suite 1635
Buffalo, New York 14202
Telephone: (716) 858-2204
E-mail: Jeremy.Toth@erie.gov